**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
|      Plaintiff, | ) **CR-03-423-PHX-LOA** |
| vs. | ) |
| | ) **DETENTION ORDER** |
| Charlene Ward, | ) |
|      Defendant. | ) |

Defendant  appeared before this Court on a Petition for Revocation of Probation. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

The Court finds that defendant has failed to carry her burden of establishing that she will not  flee  pursuant to 18 U.S.C. §3142(b) or (c).  Further, that  there is no condition or combination of conditions that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.  18 U.S.C. §3142(e); Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 20st day of December, 2007.

Edward C. Voss
United States Magistrate Judge